IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHERI GAINOR | * |
| | * |
|     PLAINTIFF | * |
| | * |
| v. | *  Case No.: 1:13-cv-00612-RWR |
| | * |
| THE OPTICAL SOCIETY OF | * |
| AMERICA, INC., | * |
| D/B/A "THE OPTICAL SOCIETY" | * |
| | * |
|     DEFENDANT. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO EXTEND TIME

    Plaintiff, by undersigned counsel, hereby requests that the time for submitting Plaintiff's Opposition to Defendant's Motion for Summary Judgment, currently due by November 14, 2014, be extended for ten (10) days, to and including November 24, 2014, with Defendant's Reply brief, as well as any Opposition to a Cross-Motion being due on or before December 8, 2014.  Finally, Plaintiff's Reply brief would be due December 24, 2014.  This brief extension is consented to by Defendant and will not prejudice the parties or inconvenience the Court.

    WHEREFORE, Plaintiff prays that the date for submission of Plaintiff's Opposition to Defendant's Motion for Summary Judgment be extended until November 24, 2014, with Defendant's Reply brief and any Opposition to a Cross-Motion being due by December 8, 2014, and Plaintiff's Reply being due December 24, 2014.

Respectfully submitted,

\_\_\_\_\_/s/_____
Philip B. Zipin, Bar No.: 367362
Jason D. Friedman, Bar No.: MD18898
Zipin, Amster & Greenberg, LLC
836 Bonifant Street
Silver Spring, Maryland 20910
Phone: 301-587-9373
Fax: 301-587-9397
Email: pzipin@zagfirm.com
         jfriedman@zagfirm.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2014, a true and correct copy of the foregoing Consent Motion and Proposed Order was served by electronic mail and by first-class mail, postage prepaid, on:

Tyree P. Jones, Jr.
Tara A. Brennan
Reed Smith, LLP
Suite 1100 – East Tower
1301 K Street, NW
Washington, DC 20005
Email: TABrennan@reedsmith.com

\_\_\_\_/s/_____
Jason D. Friedman