AO 450 (Rev 01/09, DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CHERI GAINOR <br> *Plaintiff* <br> v. <br> OPTICAL SOCIETY OF AMERICA, INC. <br> *Defendant* | Civil Action No. 13cv612 (RDM) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Bench Trial having been concluded, the Court finds for the Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge Randolph D. Moss without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 01/30/2017

ANGELA D. CAESAR, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*